**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MIGUEL ZAMORA, individually and on behalf
of all others similarly situated,

                        **Plaintiff,**

          -against-

RAYMOND R. CONSTRUCTION CORP.
et al.,

                        **Defendants.**

-------------------------------------------------------------------X

**25-CV-08008 (PAE)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: _1/5/2026_____

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed a complaint on September 26, 2025. ECF No. 1. Defendants Jesus Remache and Raymond R. Construction Corp. were served on October 8, 2025, and October 10, 2025, respectively. ECF Nos. 8 and 9. It is unclear to the Court whether the other three Defendants in this action (Raymond Remache, Julio Remache, and Jasmine Remache) were also served and, to date, none of the Defendants have appeared.

Plaintiff is ORDERED to file a letter by Monday, January 12, 2026, indicating whether Plaintiff has had any contact with Defendants, whether Plaintiff has served all the Defendants in this action, and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for a default judgment against any of the Defendants.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 5, 2026
              New York, New York