**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MIGUEL ZAMORA, individually and on behalf
of all others similarly situated,

Plaintiff,

-against-

**RAYMOND R. CONSTRUCTION CORP.**
**et al.,**

Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2026

**25-CV-08008 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 5, 2026, the Court ordered Plaintiff to file a letter by Monday, January 12, 2026, indicating whether Plaintiff has had any contact with Defendants, whether Plaintiff has served all the Defendants in this action, and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for a default judgment against any of the Defendants. Plaintiff has since filed proof of service on all Defendants but has otherwise failed to file this letter as directed, including whether he has had any contact with any of the Defendants and whether he intends to move for a default judgment. Plaintiff is ORDERED to file his status update letter by no later than Friday, January 16, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        January 13, 2026
                 New York, New York