**Law Office of Mohammed Gangat**                220 9th St, Suite 2049, Jersey City, NJ 07302
                                                                          (718) 669-0714 mgangat@gangatpllc.com

_via ECF_                                                                    **January 30, 2026**
Hon. Paul A. Engelmayer , U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **RE:    Zamora v. Raymond R. Construction Corp. et al,
>            1:25-cv-08008-PAE-SN**

To the Honorable Judge Engelmayer:

Our office represents Plaintiff Miguel Zamora in the above-referenced matter. I write respectfully on behalf of Plaintiff in response to the Court's Order to Show Cause dated January 21, 2026, (Dkt. No. 28) which directed Plaintiff to submit a motion for default judgment by February 4, 2026, or show cause why this action should not be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Plaintiff respectfully requests a thirty-day extension of time, until March 6, 2026, to file the motion for default judgment. This is Plaintiff's first request and it is made for the following reasons:

First, I returned from a previously scheduled vacation only two days ago. The extended travel period coincided with the deadline established by the Court's order, which has limited the time available to finalize the necessary submissions.

Second, we have been working closely with Plaintiff and are in the process of drafting both the plaintiff's declaration and attorney declaration in support of default judgment. Additional time is needed to complete the remaining required documents, particularly the damages calculations. These calculations have created challenges in this case because defendants failed to appear after being properly served and thus we have no pay stubs, time records, or other documentation. Plaintiff must therefore reconstruct the damages analysis from available evidence, which requires careful preparation to ensure accuracy and compliance with the Court's standards.

Third, this extension will not prejudice defendants or any other party. No defendant has appeared in this action despite proper service, and no opposition or participation is anticipated. The brief additional time will not delay any scheduled proceedings or burden any party.

Plaintiff is committed to promptly filing a complete and proper motion for default judgment and thankfully requests the Court's consideration of this extension.

Respectfully Submitted,

/s/ *Eliseo Cabrera*
Eliseo Cabrera, Esq.

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

January 30, 2026
New York, New York