**Law Office of Mohammed Gangat**                          220 9th St, Suite 2049, Jersey City, NJ 07302
                                                           (718) 669-0714  mgangat@gangatpllc.com

_via ECF_                                                            **March 6, 2026**
Hon. Paul A. Engelmayer , U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:   **Zamora v. Raymond R. Construction Corp. et al,**
               **1:25-cv-08008-PAE-SN**

To the Honorable Judge Engelmayer:

We represent Plaintiff Miguel Zamora in the above-referenced matter. I write respectfully on behalf of Plaintiff to request a second extension of time to file the motion for default judgment, currently due March 6, 2026.

Plaintiff respectfully requests until April 6, 2026, to file the motion for default judgment. This is Plaintiff's second request. Since the Court granted Plaintiff's first extension, counsel has made substantial progress toward completing the motion. Drafts of all required submissions, including the plaintiff's declaration, attorney declaration, and damages calculations, have been prepared and are ready for a final review. Plaintiff's counsel is committed to completing that review and filing the motion promptly within the requested period.

This extension will not prejudice defendants or any other party. No defendant has appeared in this action despite proper service, and no opposition or participation is anticipated. The brief additional time will not delay any scheduled proceedings or burden any party.

Plaintiff thanks the Court for its consideration of this request.


GRANTED.                                                  Respectfully Submitted,

SO ORDERED.                                               _/s/ Eliseo Cabrera_
                                                         Eliseo Cabrera, Esq.

_Paul A. Engelmayer_

_____
        PAUL A. ENGELMAYER
        United States District Judge


March 6, 2026
New York, New York