UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZAMORA, *individually and on behalf*
*of all others similarly situated,*

                                        Plaintiff,

                    -v-

RAYMOND R. CONSTRUCTION CORP., RAYMOND
REMACHE, JESUS REMACHE, JULIO REMACHE, *and*
JASMINE REMACHE

                                        Defendants.

25 Civ. 8008 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 8, 2026, this Court issued an order to show cause, providing defendants until

April 29, 2026 to file an opposition on ECF explaining why a default judgment is not warranted.

Dkt. 42.  Defendants have not appeared in this action, and no opposition has been filed.

The Court's April 8, 2026 order also directed plaintiff to serve that order, and the papers

in support of plaintiff's motion for a default judgment, on defendants forthwith and file proof of

this service no later than April 15, 2026.  *Id.* at 2.  To date, plaintiff has not filed proof of service.

Plaintiff is directed to file proof of service forthwith.

SO ORDERED.

                                        *Paul A. Engelmayer*
_____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: May 5, 2026
       New York, New York