UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ZAMORA, *individually and on behalf of all others similarly situated,*<br><br>                                      Plaintiff,<br>        -v-<br><br>RAYMOND R. CONSTRUCTION CORP., RAYMOND REMACHE, JESUS REMACHE, JULIO REMACHE, *and* JASMINE REMACHE<br><br><br>                                  Defendants. | 25 Civ. 8008 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On September 26, 2026, plaintiff Miguel Zamora filed the complaint in this case. Dkt. 1. On September 30, 2025, the Court referred the case to the Honorable Sarah Netburn, Magistrate Judge, for general pretrial supervision. Dkt. 6. On October 8 and 10, 2025, plaintiff served defendants Jesus Remache and Raymond R. Construction Corporation respectively, making their deadlines to answer or otherwise respond October 29 and October 31, 2025, respectively. Dkt. 8. On January 5, 2026, Judge Netburn ordered plaintiff to provide proof of service as to the remaining three defendants: Raymond Remache, Julio Remache, and Jasmine Remache. Dkt. 10. On January 6, 2026, plaintiff provided proof of service as to these defendants, indicating that Julio Remache was served on October 8, 2025 (making his deadline to answer or otherwise respond October 29, 2025) and that Raymond Remache and Jasmine Remache were each served on December 13, 2025 (making their deadline to answer or otherwise respond January 5, 2026). Dkts. 11–13. Defendants failed to respond to the complaint or appear in this action.

1

On January 22, 2026, plaintiff sought certificates of default as to all defendants from the Clerk of Court. Dkts. 29–33. On April 6, 2026, plaintiff filed a motion for default judgment as to all defendants. Dkt. 38–39.

On April 8, 2026, the Court found that the papers in support of plaintiff's motion were in good order. Dkt. 42. The Court ordered defendants, if they wished to oppose the motion, to enter an appearance and file an opposition to plaintiff's motion for default judgment by April 29, 2026. *Id.* The Court ordered plaintiff to serve the April 8, 2026 order on defendants by April 15, 2026. *Id.* at 2. Plaintiff did so. Dkt. 44. To date, defendants have not entered an appearance or otherwise opposed plaintiff's motion.

The Court has reviewed plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b), Dkt. 38, and the associated supporting affirmation, Dkt. 39. Because proof of service has been filed; defendants have not answered the complaint and the time for answering the complaint has expired; and defendants have failed to appear to contest entry of a default judgment, the Court enters a default judgment for plaintiff against all defendants.

The Court, by separate order, will commission an inquest into damages. The Court respectfully directs the Clerk of Court to terminate the motion pending at docket 38.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 6, 2026
      New York, New York